AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Bonnie L. Moon | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 04-CV-946 |
| v. | |
| Jo Anne B. Barnhart, Commissioner of Social Security | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the final decision of the Commissioner be reversed and this action be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. section 405(g).

| | |
|---|---|
| Date: September 14, 2005 | RODNEY C. EARLY, CLERK |
| | By:  s/Deborah M. Zeeb |
| | Deputy Clerk |